IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

TYNESHA S. BRADEN,              )
                                )
        Plaintiff,              )        Case No. 1:07-0009
                                )        Judge Nixon
v.                              )        Magistrate Judge Bryant
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social Security, )
                                )
        Defendant.              )

## ORDER

Pending before the Court is Plaintiff Tynesha S. Braden's Motion for Judgment on the

Record ("Plaintiff's Motion") (Doc. No. 17), to which Defendant Commissioner of Social

Security filed a Response in Opposition (Doc. No. 19). Magistrate Judge Bryant issued a Report

and Recommendation ("Report") (Doc. No. 21) recommending that Plaintiff's Motion be denied

and the decision of the Commissioner affirmed. The Report was filed on October 7, 2008, and

no objections to the Report and Recommendation have been filed by Plaintiff. Upon review of

the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be

well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's

Motion.

It is so ORDERED.

Entered this _____ 6 _____ day of November, 2008.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT